IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff(s),

v.

THE WELD COUNTY SHERIFF'S OFFICE a/k/a WELD COUNTY SHERIFF'S DEPARTMENT, BY AND THROUGH THE SHERIFF OF WELD COUNTY, COLORADO, and
JOHN E. COOKE, in his individual and official capacity,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Stipulated Motion for Protective Order (docket no. 21) is GRANTED. The written Protective Order (docket no. 21-2) is APPROVED as amended in paragraphs 11 and 13 and made an Order of Court.

Date: September 2, 2008