IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-00916-DME-MJW

DENISE M. SEYBOLD f/k/a DENISE REIGEL,

Plaintiff,

v.

THE WELD COUNTY SHERIFF'S OFFICE,
a/k/a THE WELD COUNTY SHERIFF'S DEPARTMENT,
by and through the Sheriff of Weld County, Colorado;
JOHN E. COOKE, in his individual and official capacity,

Defendants.
_____

**ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO DISMISS
"THE WELD COUNTY SHERIFF'S OFFICE A/K/A THE WELD COUNTY
SHERIFF'S DEPARTMENT"**
_____

The Court, having reviewed the parties' Stipulated Motion to Dismiss "The Weld County Sheriff's Office a/k/a the Weld County Sheriff's Department", hereby GRANTS the parties' Stipulated Motion. The caption shall be revised as set forth in the parties' Motion.

Dated this   3d   day of   October  , 2008.

BY THE COURT:

*s/ David M. Ebel*
_____
Judge David M. Ebel
United States District Court for the
District of Colorado