IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

Defendants.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion for Leave to file a Second Amended Complaint, Out-of-Time (docket no. 87) is GRANTED for the reasons stated in the subject motion (docket no. 87) and in the interest of justice as outlined in Fed. R. Civ. P. 15(a)(2). The Second Amended Complaint is accepted for filing as of the date of this minute order. As to Defendant's futility argument, Judge Ebel has previously addressed that issue in the case of General Steel Domestic Sales, LLC v. Steel Wise, LLC, 2008 WL 2520423 (D. Colo. 2008). In the General Steel case, Judge Ebel stated, in pertinent part: "... Defendants' futility argument seems to place the cart before the horse. Rather than force a Rule 12(b)(6) motion into a Rule 15(a) opposition brief, the defendants may be better served by waiting to assert Rule 12 motions until the operative complaint is in place."

Date: February 25, 2009