IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

Defendant.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Leave to File the Correct Version of Plaintiff's Response to Defendant Sheriff of Weld County's Motion to Compel or, in the Alternative to Strike Plaintiff's Disclosures of Witnesses in Compliance with Fed.R.Civ.P 26(A)(1) (Docket No. 164) is granted.  Accordingly, Docket No. 161 is stricken, and the court will consider Docket No. 163 as plaintiff's response to Docket No. 149.

Date:  April 21, 2009