IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

Defendants.

MINUTE   ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Leave to File a Third Amended and Supplemental Complaint (Docket No. 188) is denied without prejudice based upon plaintiff's failure to tender a proposed Third Amended and Supplemental Complaint.

Date:   June 10, 2009