IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

Defendants.

---

MINUTE   ORDER

---

Entered by United States Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Sheriff of Weld County John Cooke's
Unopposed Motion to Vacate Final Pre-Trial Conference, DN 207, filed with the Court
on July 24, 2009, is GRANTED.  The Final Pretrial Conference set on July 30, 2009, at
8:30 a.m., is VACATED and RESET on September 15, 2009, at 3:00 p.m., in Courtroom
A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Final Pretrial
Conference, counsel shall submit their proposed Final Pretrial Order (in PDF format) in
compliance with ECF Filing Procedures.  An additional copy shall be provided to
chambers by e-mail (in WordPerfect format and as an attachment to the email) with the
subject line: Proposed "Final Pretrial Order, case number and caption" to:
Watanabe_Chambers@cod.uscourts.gov.

Date:  July 27, 2009