IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

Defendants.

MINUTE   ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion to Vacate Final Pretrial Conference Pending Resolution of all Outstanding Dispositive and Discovery Motions, DN 221, filed with the Court on September 1, 2009, is DENIED.

Date:   September 3, 2009