# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   08-cv-00916-DME-MJW | FTR - Courtroom A-502 |
| **Date:**  September 14, 2009 | Courtroom Deputy, Ellen E. Miller |
| DENISE M. SEYBOLD, | Richard K. Blundell   (by telephone) |
| Plaintiff(s), | |
| v. | |
| JOHN COOKE, Sheriff of Weld County, Colorado, in his individual and official capacity, | Katherine M. L. Pratt  (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC  MOTION  HEARING
**Court in Session:**     1:30 p.m.
Court calls case.  Telephonic appearances of counsel.

Discussion is held regarding Plaintiff's Renewed Motion to Vacate Final Pretrial Conference [Docket No. 228, Filed September 11, 2009].  Defendants objections are noted.

**It is ORDERED:**      Plaintiff's RENEWED MOTION TO VACATE FINAL PRETRIAL CONFERENCE [Docket No. 228, Filed September 11, 2009] is **granted** for reasons as set forth on the record.

The FINAL PRETRIAL CONFERENCE set September 15, 2009 at 3:00 p.m.  is vacated and  **reset** to **OCTOBER 14, 2009   at   9:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel shall file a Joint Proposed Final Pretrial Order **on or before OCTOBER 08, 2009.**

Mr. Blundell advises the Court he anticipates filing a Motion to Withdraw as Counsel.

Hearing concluded.
**Court in recess:**   1:41 p.m.        Total In-Court Time 00:11

To order a transcript of this proceedings, contact  Avery Woods  Reporting Service.
 (303) 825-6119      Toll Free  1-800-962-3345.   FAX (303) 893-8305       www.AveryWoods.net