IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

Defendants.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff, DENISE M. SEYBOLD, f/k/a DENISE REIGEL, shall have up to and including September 25, 2009, in which to file any response or objection to the Verified Motion to Withdraw as Attorney of Record, DN 230, filed with the Court on September 14, 2009.

     It is FURTHER ORDERED that the Clerk of Court shall manually mail a copy of this Minute Order and the Motion to Withdraw DN 230 to the plaintiff at the following address:  **Denise Marie Seybold, 12911 MCR W.5, Weldona, CO 80653**.

Date:   September 15, 2009