IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

Defendants.

---

MINUTE   ORDER

---

Entered by United States Magistrate Judge Michael J. Watanabe

      The court has reviewed the Defendant's Response to Richard K. Blundell's Verified Motion to Withdraw as Attorney of Record (docket no. 236) and notes that Defendant is seeking relief from the court within the Response in paragraph 7 therein.  If Defendant seeks such relief in paragraph 7 then Defendant shall file a separate motion. *See* D.C.COLO.LCivR 7.1 C. that states, *in pertinent part*, **..."A motion shall not be included in a response or reply to the original motion.  A motion shall be made in a separate paper."**

Date:  September 22, 2009