IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

Defendants.

MINUTE   ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Set Briefing Schedule Respecting Defendant's Motion for Summary Judgment (docket no. 239) is GRANTED finding good cause shown.  The Plaintiff shall have up to and including October 30, 2009, to file her response to Defendant's Motion for Summary Judgment [docket no. 196].  Defendant shall have until November 10, 2009, to file any Reply to any Response by Plaintiff.

Date:   September 29, 2009