**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   08-cv-00916-DME-MJW          FTR - Courtroom A-502

**Date:**  October 14, 2009                          Courtroom Deputy, Ellen E. Miller

DENISE M. SEYBOLD,                                  Pro Se

       Plaintiff(s),

v.

JOHN COOKE, Sheriff of Weld County, Colorado,       Katherine M. L. Pratt
in his individual and official capacity,

       Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   **MOTION HEARING / FINAL PRETRIAL CONFERENCE**
**Court in Session:**   9:20 a.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel.

The Court raises Plaintiff's Motion to Suspend or Stay Proceedings [Docket No. 247] for argument.

Statements by Ms. Seybold.
Statements by Ms. Pratt.

**It is ORDERED:**   Plaintiff's MOTION TO SUSPEND OR STAY PROCEEDINGS [Docket No. 247, Filed October 9, 2009] is **GRANTED IN PART and DENIED IN PART.**
That portion of the motion which requests to suspend, or continue, proceedings of the case is granted; that portion of the motion which requests staying of proceedings is denied.

Plaintiff is ordered to contact her previous attorney, Richard Blundell, to obtain a complete copy of his court file in regard to this civil action. If plaintiff has any difficulty in obtaining her records from Mr. Blundell, she shall file a motion requesting he come before the Court.

Plaintiff notes she has a preliminary meeting with an attorney, Dave McCall, on Friday. Plaintiff is handed copies of *Lawyer Referral Resources* and *Colorado Local Pro Bono Programs* lists.

**It is ORDERED:**   FINAL PRETRIAL CONFERENCE is vacated and reset to
**DECEMBER 07, 2009 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Case 1:08-cv-00916-DME-MJW   Document 250   Filed 10/14/09   USDC Colorado   Page 2 of 2

*08-cv-00916-DME-MJW*
*Motion Hearing / Final Pretrial Conference*
*October 14, 2009*

                    The proposed final pretrial order shall be filed **by 5:00 p.m. DECEMBER 02, 2009.**  Defendant's attorney shall electronically file the proposed final pretrial order if plaintiff remains *Pro Se.*

HEARING CONCLUDES.

**Court in recess:**    9:44 a.m.
Total In-Court Time:   00:24

To order a transcript of this proceedings, contact  Avery Woods  Reporting Service.
 (303) 825-6119       Toll Free  1-800-962-3345.    FAX (303) 893-8305       www.AveryWoods.net