# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   08-cv-00916-DME-MJW | FTR - Courtroom A-502 |
| **Date:**  December 07, 2009 | Courtroom Deputy, Bernique Abiakam |
| DENISE M.  SEYBOLD, | *Pro se* |
| Plaintiff, | |
| v. | |
| JOHN COOKE, Sheriff of Weld County, Colorado, in his individual and official capacity, | Katherine  M. L. Pratt |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   FINAL  PRETRIAL  CONFERENCE
**Court in Session: 9:01 a.m.**
Court calls case.  Appearances of *Pro Se* Plaintiff and defense counsel.

Preliminary remarks by the Court.

Discussion regarding proposed pretrial order.

No settlement conference is set at this time.

**ORDERED:**  Each side has to and including December 18, 2009 to file any objections to exhibit and witness lists.

**ORDERED:**  Motion For Acceptance Of Proposed Pretrial Order , Witness List And Exhibit List (Filed 12/2/09; Doc. No. 259) is GRANTED.

**ORDERED**:  The proposed FINAL  PRETRIAL ORDER which was tendered to the court,  and modified from the bench, is made an order of court.  Defense counsel shall make specified corrections and resubmit the Pretrial Order on or before December 17, 2009.  It shall be resubmitted, nunc pro tunc, to December 7, 2009.

Argument heard on Motion for Court Appointed Counsel (Filed 12/2/09; Doc. No. 258).

9:17 a.m.       Argument by Ms. Seybold.  Questions by the Court.

Ms. Seybold tenders two letters to the Court regarding legal representation.

*08-cv-00916-DME-MJW*
*Final Pretrial Conference*
*December 7, 2009*

9:23 a.m.	Argument by Ms. Pratt.

**ORDERED:**	Motion for Court Appointed Counsel (Filed 12/2/09; Doc. No. 258) is taken UNDER ADVISEMENT.

**A Status Conference is set for December 22, 2009 at 10:00 a.m., before Senior Circuit Judge David M. Ebel; 1929 Stout Street; Denver, Colorado; Courtroom C-202.**

HEARING CONCLUDES.

**Court in recess: 9:32 a.m.**
Total In-Court Time:   00:31