## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00916-DME-MJW

DENISE M. SEYBOLD, f/k/a DENISE REIGEL,

       Plaintiff,

v.

JOHN E. COOKE, Sheriff of Weld County, Colorado,
in his individual and official capacity,

       Defendant.

---

## ORDER

---

A Status Conference was scheduled for Tuesday, December 22, 2009, at 10:00 a.m. with Judge Ebel.  It is ORDERED that the Status Conference is vacated.

IT IS FURTHER ORDERED that the parties shall call Judge Ebel's chambers by 3:00 p.m. on Friday, December 11, 2009, as a conference call to schedule this matter for trial and a Final Trial Preparation Conference.  The telephone number to contact for the setting is: 303-844-3800.

Dated this ____7th____ day of _____December____, 2009.

BY THE COURT:

*s/ David M. Ebel*

_____
U. S. CIRCUIT COURT JUDGE