IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00916-DME-MJW

DENISE M. SEYBOLD,

    Plaintiff,

v.

JOHN COOKE, SHERRIF OF WELD COUNTY, COLORADO,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION

This matter comes before the Court on Plaintiff's Motion (Doc. 276) regarding the Court's Order of January 25, 2010 (Doc. 275). In that Order, the Court pointed to references to Exhibits in the Plaintiff's Response to the Defendant's Motion for Summary Judgment (Doc. 269), filed on December 15, 2009, and extended an opportunity to the Plaintiff to provide those Exhibits to the Court and the Defendant by 5:00 p.m. today, February 4, 2010. In response, the Plaintiff has moved the Court for permission to hire a paralegal to assist her in preparing her Exhibits, and/or for an extension of time in which to file the Exhibits. The Court hereby DENIES that motion.

The Court is not unsympathetic to the Plaintiff's situation. After the withdrawal of Plaintiff's counsel, Magistrate Judge Watanabe exercised his discretion and ordered the Clerk of Court to attempt to obtain volunteer counsel for her. (Doc. 263.) Unfortunately, counsel has not been found, and Plaintiff does not have a right to appointed counsel in a civil case. See Johnson v. Johnson, 466 F.3d 1213, 1217 (10th Cir. 2006) (per curiam). The Court appreciates that our

legal system can sometimes appear to be a complicated maze to pro se litigants, but in a civil matter such as this one, there is little that the Court can do.

The Court appreciates the difficulty of the Plaintiff's situation; nevertheless, as indicated in this Court's January 25 Order, the Court will rule on Defendant's Motion for Summary Judgment without the referenced Exhibits.

Plaintiff's Motion is hereby DENIED.

Dated this ____4th____ day of _____February_____, 2010.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE