IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00916-DME-MJW

DENISE M. SEYBOLD,

    Plaintiff,

v.

JOHN B. COOKE, SHERIFF OF WELD COUNTY, COLORADO,
in this individual and official capacity,

    Defendant.

_____

## JUDGMENT
_____

    PURSUANT TO and in accordance with the Order Granting Defendant's Motion for Summary Judgment entered by the Honorable David M. Ebel, U.S. Circuit Court Judge, on February 23, 2010,

    IT IS ORDERED that Defendant's Motion for Summary Judgment is granted.

    IT IS FURTHER ORDERED that judgment is entered for Defendant and against the Plaintiff on all claims and the action and Second Amended Complaint are dismissed.

DATED at Denver, Colorado, this __**25th**__ day of February, 2010.

                                               FOR THE COURT:

                                               GREGORY C. LANGHAM, CLERK

                                               By: s/ Edward P. Butler
                                                      Edward P. Butler
                                                      Deputy Clerk