\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30 OR 9:00 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133 (Rev 10/06)

# BILL OF COSTS

| United States District Court | DISTRICT OF COLORADO |
|---|---|
| DENISE M. SEYBOLD,<br><br>   v.<br><br>JOHN COOKE, Sheriff of Weld County, Colorado,<br>in his individual and official capacity | DOCKET NO. 08-cv-00916-DME-MJW<br><br>MAGISTRATE CASE NO. |

Judgment having been entered in the above entitled action on     February 25, 2010   against Plaintiff.

An Order awarding costs to Defendant was entered on April 16,  2010.

the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk ................................................................................................................................ | $ -0- |
| Fees for service of summons and complaint ...................................................................................... | $ -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ........................ | $ 3,812.92 |
| Fees and disbursements for printing .................................................................................................. | $ 114.40 |
| Fees for witnesses (itemized on reverse side) ..................................................................................... | $ -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............................................. | $ 551.86 |
| Docket fees under 28 U.S.C. § 1923 .................................................................................................. | $ -0- |
| Costs incident to taking of depositions .............................................................................................. | $ 1,300.44 |
| Costs as shown on Mandate of Court of Appeals ............................................................................... | $ -0- |
| Other costs (Please itemize) ............................................................................................................... | $ -0- |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

**TOTAL** $ 5,779.62

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney     s/ Katherine M.L. Pratt

Print Name     Katherine M. L. Pratt        Phone Number     303-628-3477

For:     Defendant John Cooke        Date     April 30, 2010
Name of Claiming Party

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time: **Tuesday, May 4, 2010 at 9:00 a.m.** |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed<br>$ |
| CLERK OF COURT<br>GREGORY C. LANGHAM | (BY) DEPUTY CLERK |
| | DATE: |

**Denise M. Seybold v. John Cooke**
**Case No. 08-cv-00916-DME-MJW**

**BILL OF COSTS:    DEFENDANT JOHN COOKE**

### Copies:

| | |
|---|---:|
| Summary Judgment (286 pages x 2 x .20) | 114.40 |
| Medical records from Greeley Medical Center | 50.22 |
| Medical records from Mountain Vista Orthopaedics | 25.86 |
| Pharmacy records from Walgreens | 59.25 |
| Plaintiffs' Federal Tax Returns 2001-2007 | 408.73 |
| EEOC file | 7.80 |
| **Total:** | **$666.26** |

### Transcripts:

| | |
|---|---:|
| Denise Seybold, Vol. I | 1200.50 |
| Denise Seybold, Vol. II | 385.35 |
| Denise Seybold, Vol. III | 396.60 |
| David Tuttle | 37.90 |
| Sue Elton | 139.75 |
| Edwin Herring | 361.20 |
| Laurence Kerrigan | 222.75 |
| Scott Corliss | 285.75 |
| Jody Goodwine | 390.75 |
| Margie Martinez | 111.70 |
| Transcript of Scheduling Conference | 204.67 |
| Transcript of Motion Hearing | 76.00 |
| **Total:** | **$3,812.92** |

### Costs incident to taking of deposition:

| | |
|---|---:|
| Travel to Greeley for Plaintiff's deposition, 2/2/09 | 58.85 |
| Travel to Greeley for Plaintiff's deposition, 3/13/09 | 58.85 |
| Travel to Greeley for Ken Poncelow deposition | 58.85 |
| Travel to Greeley for Sue Elton deposition | 58.85 |
| Travel to Greeley for Margie Martinez deposition | 58.85 |
| Travel to Greeley for Jody Goodwine deposition | 67.65 |

| | |
|---|---:|
| Expert Witness Fee for Jody Goodwine deposition | 120.00 |
| Expert Witness Fee for Laurence Kerrigan deposition | 240.00 |
| Witness Fee for Scott Corliss deposition | 40.00 |
| Service of subpoena on Jody Goodwine | 30.00 |
| Service of subpoena on Scott Corliss | 30.00 |
| Service of subpoena on Laurence Kerrigan | 30.00 |
| Service of records subpoena on Jody Goodwine | 30.00 |
| Service of records subpoena on Peakview Medical Center | 30.00 |
| Service of records subpoena on Greeley Medical Center | 30.00 |
| Service of records subpoena on Larry Kerrigan | 30.00 |
| Service of records subpoena on Lisa Blank | 30.00 |
| Service of records subpoena on Alice McPherson | 40.00 |
| Witness fee for Lisa Blank subpoena | 43.09 |
| Witness fee for Larry Karrigan subpoena | 43.09 |
| Witness fee for Jody Goodwine subpoena | 43.09 |
| Witness fee for Alice McPherson subpoena | 43.09 |
| Witness fee for Greeley Medical Clinic subpoena | 43.09 |
| Witness fee for Peakview Medical Center subpoena | 43.09 |

**Total:  $1,300.44**

**Grand Total:  $5,779.62**

## **CERTIFICATE OF COMPLIANCE WITH D.C.Colo.LCiv.R. 54.1**

D.C. Colo. LCivR 54.1 requires that prior to the appearance before the Clerk, counsel for the party seeking costs shall file a written statement that a conference has occurred with opposing counsel and a reasonable effort has been made to resolve disputes regarding costs.  The undersigned counsel attempted to confer with Plaintiff, Denise M. Seybold on April 26, 2010.  Ms. Seybold did not respond to counsel's attempt to confer.  Accordingly, Ms. Seybold's position is presently unknown.  Therefore, no agreement exists between the parties and the undersigned complied with D.C. Colo. LCiv.R 54.1.

        s/ Katherine M. L. Pratt

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 30th day of April 2010, I electronically filed the foregoing **BILL OF COSTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

None

and I hereby certify that I have mailed or served the document or paper to the following non CM/EFC participants in the manner(s) indicated by the non-participant's name:

***VIA E- MAIL and U.S. MAIL***

Ms. Denise M. Seybold, Pro se
12911 MCR W.5
Weldona, CO 80653
dmseybold@yahoo.com

Upon information and belief, Ms. Seybold's
Address may now be:

Ms. Denise M. Seybold, Pro se
4211 W. 9th Street
Greeley, CO  80634

Accordingly, copies were sent to both physical addresses and to Ms. Seybold's e-mail address.

              *s/ Martha Fiser, Assistant to*
              Thomas J. Lyons
              Katherine M.L. Pratt
              HALL & EVANS, L.L.C.
              1125 Seventeenth Street, Site 600
              Denver, Colorado 80202
              Phone:  (303) 628-3300
              FAX #:  (303) 293-3239
              lyonst@hallevans.com
              prattk@hallevans.com

              **ATTORNEYS FOR DEFENDANT**